M. Cris Armenta (SBN 177403)
THE ARMENTA LAW FIRM APC
11900 W. Olympic Boulevard, Suite 730
Los Angeles, CA 90064
Tel: (310) 826-2826 x 108
Facsimile: (310) 826-5456
Email: cris@crisarmenta.com

Credence E. Sol (SBN 219784)
La Garenne
86300 Chauvigny
France
Telephone: 06 74 90 22 08
credence.sol@sol-law.com

Attorneys for Plaintiff
Cindy Lee Garcia

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY LEE GARCIA, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE, MARK BASSELEY YOUSSEF, ABANOB BASSELEY NAKOULA, MATTHEW NEKOLA, AHMED HAMDY, AMAL NADA, DANIEL K. CARESMAN, KRITBAG DIFRAT, SOBHI BUSHRA, ROBERT BACILY, NICOLA BACILY, THOMAS J. TANAS, ERWIN SALAMEH, YOUSSEFF M. BASSELEY, and/or MALID AHLAWI; GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company, and DOES 1 through 10, inclusive.<br><br>            Defendants. | Case No. CV12-8315-MWF(VBKx)<br><br>**REPRESENTATION STATEMENT FILED WITH NOTICE OF APPEAL** |

1  Plaintiff Cindy Lee Garcia hereby notifies the court of her Notice of Appeal
2  to "Order Denying Plaintiff Garcia's Motion for Preliminary Injunction" and
3  designates the Representation Statement below:
4  Cindy Lee Garcia, Plaintiff Represented by:

5  M. Cris Armenta (SBN 177403)
   THE ARMENTA LAW FIRM APC
6  11900 W. Olympic Boulevard, Suite 730
   Los Angeles, CA 90064
7  Tel: (310) 826-2826 x 108
   Facsimile: (310) 826-5456
8  Email: cris@crisarmenta.com
    and
9  Credence E. Sol (SBN 219784)
   La Garenne
10 86300 Chauvigny
   France
11 Telephone: 06 74 90 22 08
   credence.sol@sol-law.com
12

13
14 NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE,
15 MARK BASSELEY YOUSSEF, ABANOB BASSELEY NAKOULA, MATTHEW
16 NEKOLA, AHMED HAMDY, AMAL NADA, DANIEL K. CARESMAN,
17 KRITBAG DIFRAT, SOBHI BUSHRA, ROBERT BACILY, NICOLA BACILY,
18 THOMAS J. TANAS, ERWIN SALAMEH, YOUSSEFF M. BASSELEY, and/or
   MALID AHLAWI

19 Not presently represented, no appearance made
20 Nakoula B. Nakoula aka
   Mark Basseley Youssef
21 Metropolitan Detention Center
22 Inmate #56329-112
   PO Box 1500
23 Los Angeles, CA 90053

24
25 Google, Inc. and YouTube, LLC

26 Represented By:
   Timothy L. Alger
27 Perkins Coie LLP
28 3150 Porter Drive

1  Palo Alto, CA 94304-1212
   Telephone (650) 838-4334, Facsimile (650) 838-4534
2  TAlger @perkinscoie.com

3

4
   Dated: December 21, 2012        THE ARMENTA LAW FIRM, A.P.C.
5

6
                                   By: _____
7                                      M. Cris Armenta
                                       Attorneys for Plaintiff
8                                      Cindy Lee Garcia

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 11900 Olympic Boulevard, Suite 730, Los Angeles, California 90064.

On December 21, 2012 I served the following document(s) described as:

**NOTICE OF APPEAL**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**Timothy L. Alger**
**Perkins Coie LLP**
**3150 Porter Drive**
**Palo Alto, CA 94304-1212**

**Nakoula B. Nakoula aka**
**Mark Basseley Youssef**
**Metropolitan Detention Center**
**Inmate #56329-112**
**PO Box 1500**
**Los Angeles, CA 90053**
**(Courtesy copy)**

***BY MAIL:*** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

Executed on December 21, 2012 in Los Angeles, California.

Heather Rowland

---

1
PROOF OF SERVICE