Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** For readability and security, print the filled-in form to PDF (File > Print > *PDF Printer/Creator*). You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number(s): [ ]

Case Name: [ ] v. [ ]

The Clerk will enter my appearance as counsel on behalf of: [ ]

☐ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☐ Appellant/Cross-Appellee

☐ Appellee  ☐ Respondent  ☐ Intervenor  ☐ Appellee/Cross-Appellant

☐ Check if you are lead counsel. Lead counsel must be designated if a party is represented by more than one attorney or law firm.

☐ Re-Assignment. (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm). Enter name of counsel you are replacing below.

I am replacing (name of counsel): [ ]

Signature (use "s/" format): [ ]    Date: [ ]

Name: [ ]

Firm/Office: [ ]

Address: [ ]

City: [ ]    State: [ ]    Zip Code: [ ]

Phone Number (including area code): [ ]