FILED

NOT FOR PUBLICATION

APR 03 2013

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

**CINDY LEE GARCIA,**

          Plaintiff - Appellant,

  v.

**GOOGLE, INC., a Delaware corporation; YOUTUBE, LLC, a California limited liability company,**

          Defendants - Appellees,

  and

**NAKOULA BASSELEY NAKOULA, aka SAM BACILE, an individual; MARK BASSELEY YOUSSEF; ABANOB BASSELEY NAKOULA; MATTHEW NEKOLA; AHMED HAMDY; AMAL NADA; DANIEL K. CARESMAN; KRITBAG DIFRAT; SOBHI BUSHRA; ROBERT BACILY; NICOLA BACILY; THOMAS J. TANAS; ERWIN SALAMEH; YOUSSEFF M. BASSELEY; MALID AHLAWI,**

          Defendants.

No. 12-57302

D.C. No. 2:12-cv-08315-MWF-VBK

**ORDER**

page 2

Appellees' motion to reschedule oral argument is granted. Oral argument will take place during the week of June 24, 2013, in Seattle, Washington, which is the court's next available sitting. The date and time of oral argument will be determined by separate order.


FOR THE COURT:

MOLLY C. DWYER
Clerk of the Court

By: Allison Fung
Deputy Clerk