Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or
# RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** For readability and security, print the filled-in form to PDF (File > Print > *PDF Printer/Creator*). You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number(s): 12-57302

Case Name: Cindy Lee Garcia v. Google Inc.

The Clerk will enter my appearance as counsel on behalf of: Google Inc. and YouTube, LLC

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Appellant/Cross-Appellee
☒ Appellee ☐ Respondent ☐ Intervenor ☐ Appellee/Cross-Appellant

☐ Re-Assignment (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm).

I am replacing (name of counsel):

Name: Dominic F. Perella

Firm/Office: Hogan Lovells US LLP

Address: 555 Thirteenth Street, NW

City: Washington   State: DC   Zip Code: 20004

Phone Number (including area code): (202) 637-5600

Signature (use "s/" format): s/ Dominic F. Perella   Date: 2/20/2014

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on February 20, 2014.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

<u>/s/ Dominic F. Perella</u>
Dominic F. Perella