**FILED**

UNITED STATES COURT OF APPEALS

MAR 6 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CINDY LEE GARCIA, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> GOOGLE, INC., a Delaware Corporation; et al., <br><br> Defendants - Appellees, <br><br> And <br><br> NAKOULA BASSELEY NAKOULA, an individual, AKA Sam Bacile; et al., <br><br> Defendants. | No. 12-57302 <br><br> D.C. No. 2:12-cv-08315-MWF-VBK <br> Central District of California, <br> Los Angeles <br><br> ORDER |

Before: THOMAS, Circuit Judge and En Banc Coordinator

A judge of this Court has made a *sua sponte* request for a vote on whether to rehear *en banc* the panel's order of February 28, 2014 denying a stay of the panel's prior orders, as amended, directing Google and YouTube to remove immediately all or part of a film entitled "Innocence of Muslims" from its platforms worldwide and to prevent further uploads.

Pursuant to General Order 5.4(c)(3), the parties are requested to file simultaneous briefs setting forth their respective positions as to whether or not the order should be reheard *en banc*. The briefs are not to exceed 10,000 words and shall be electronically filed on or before 5:00 p.m., Pacific time, Wednesday March 12.

The *en banc* call is confined to the stay order only, and the parties should address only the order in briefing. Any further proceedings as to the panel opinion, including any petitions for rehearing and rehearing en banc, will be considered separately.