UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 12 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CINDY LEE GARCIA,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company,<br><br>        Defendants - Appellees,<br><br> and<br><br>NAKOULA BASSELEY NAKOULA, an individual, AKA Sam Bacile; et al.,<br><br>        Defendants. | No. 12-57302<br><br>D.C. No. 2:12-cv-08315-MWF-VBK<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |

      The supplemental brief submitted Appellant Cindy Lee Garcia on March 12, 2014 is filed.

      Within **2** days of this order, appellant is ordered to file 7 copies of the brief in paper format, with a tan cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939. For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Rhonda Roberts
Deputy Clerk