**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

MAR 13 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| **CINDY LEE GARCIA,**<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>**GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company,**<br><br>　　　　Defendants - Appellees,<br><br>　and<br><br>**NAKOULA BASSELEY NAKOULA, an individual, AKA Sam Bacile; MARK BASSELEY YOUSSEF; ABANOB BASSELEY NAKOULA; MATTHEW NEKOLA; AHMED HAMDY; AMAL NADA; DANIEL K. CARESMAN; KRITBAG DIFRAT; SOBHI BUSHRA; ROBERT BACILY; NICOLA BACILY; THOMAS J. TANAS; ERWIN SALAMEH; YOUSSEFF M. BASSELEY; MALID AHLAWI,**<br><br>　　　　Defendants. | No. 12-57302<br><br>D.C. No. 2:12-cv-08315-MWF-VBK<br><br>**ORDER** |

Before: **KOZINSKI**, Chief Judge, **GOULD** and **N.R. SMITH**, Circuit Judges.

page 2

The court is in receipt of the March 12, 2014, letter from potential amici. The letter states that "[t]hey understand that the Court has scheduled a vote on Google's motion for a stay on March 18. Because the proposed *amici curiae* anticipate filing their briefs after that date, on March 24, they wish to bring to the Court's attention their intent at this time."

Counsel for amici does not explain how he received information that this court "has scheduled a vote on Google's motion for a stay on March 18." Counsel thus appears to be relying on information provided by sources internal to the court. That information is false.