**FILED**

**FOR PUBLICATION**

MAR 13 2014

**UNITED STATES COURT OF APPEALS**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **CINDY LEE GARCIA,**<br><br>   Plaintiff - Appellant,<br><br>  v.<br><br>**GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company,**<br><br>   Defendants - Appellees,<br><br> and<br><br>**NAKOULA BASSELEY NAKOULA, an individual, AKA Sam Bacile; MARK BASSELEY YOUSSEF; ABANOB BASSELEY NAKOULA; MATTHEW NEKOLA; AHMED HAMDY; AMAL NADA; DANIEL K. CARESMAN; KRITBAG DIFRAT; SOBHI BUSHRA; ROBERT BACILY; NICOLA BACILY; THOMAS J. TANAS; ERWIN SALAMEH; YOUSSEFF M. BASSELEY; MALID AHLAWI,**<br><br>   Defendants. | No. 12-57302<br><br>D.C. No. 2:12-cv-08315-MWF-VBK<br><br>**ORDER** |

Before: **KOZINSKI**, Chief Judge, **GOULD** and **N.R. SMITH**, Circuit Judges.

Within 21 days of the filing of this order, appellant shall file a response to the petition for rehearing and rehearing en banc. The response shall comply with Federal Rule of Appellate Procedure 32 and Ninth Circuit Rule 40-1.

The court grants leave pursuant to Federal Rule of Appellate Procedure 29(a) to any amicus wishing to file a brief bearing on the petition, so long as it is filed no later than 10 days after the filing of appellant's response, does not exceed 2,500 words and otherwise complies with Federal Rule of Appellate Procedure 32.