**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

MAR 26 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| **CINDY LEE GARCIA,**<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>**GOOGLE, INC.,** a Delaware Corporation; **YOUTUBE, LLC,** a California limited liability company,<br><br>        Defendants - Appellees,<br><br> and<br><br>**NAKOULA BASSELEY NAKOULA,** an individual, AKA Sam Bacile; **MARK BASSELEY YOUSSEF; ABANOB BASSELEY NAKOULA; MATTHEW NEKOLA; AHMED HAMDY; AMAL NADA; DANIEL K. CARESMAN; KRITBAG DIFRAT; SOBHI BUSHRA; ROBERT BACILY; NICOLA BACILY; THOMAS J. TANAS; ERWIN SALAMEH; YOUSSEFF M. BASSELEY; MALID AHLAWI,**<br><br>        Defendants. | No. 12-57302<br><br>D.C. No. 2:12-cv-08315-MWF-VBK<br><br>**ORDER** |

Before: **KOZINSKI**, Chief Judge, **GOULD** and **N.R. SMITH**, Circuit Judges.

page 2

Appellees are ordered to file a response to appellant's emergency contempt motion.  <u>See</u> Dkt. 67.  The response shall be filed within 72 hours of this order, shall not exceed 2,500 words and shall otherwise comply with Federal Rule of Appellate Procedure 32.