

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

April 9, 2014

**By CM/ECF**

Molly C. Dwyer, Clerk
United States Court of Appeals for the Ninth Circuit
James R. Browning Courthouse
95 Seventh Street
San Francisco, California 94103

**Re:**     *Garcia* v. *Google*, No. 12-57302

Dear Ms. Dwyer:

I represent Google Inc. and YouTube, LLC in this matter.  I was advised by Chief Deputy Clerk Susan Soong to file this letter to note that, in the event that rehearing is granted, I am unavailable for oral argument from July 11 to July 27, 2014 due to pre-existing international travel commitments.

Thank you for your kind assistance.

Sincerely,

/s/ Neal Kumar Katyal
Neal Kumar Katyal

Counsel for Google Inc.
and YouTube, LLC

cc:  All counsel of record (by CM/ECF)

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rio de Janeiro  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Jeddah  Riyadh  Zagreb. For more information see www.hoganlovells.com