UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 14 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CINDY LEE GARCIA,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company,<br><br>        Defendants - Appellees,<br><br> and<br><br>NAKOULA BASSELEY NAKOULA, an individual, AKA Sam Bacile; et al.,<br><br>        Defendants. | No. 12-57302<br><br>D.C. No. 2:12-cv-08315-MWF-VBK<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |

     The amicus brief submitted by Los Angeles Times Communications LLC, The New York Times Company, The E.W. Scripps Company, The Washington Post, the California NewspaperPublishers Association, the Reporters Committee for Freedom of the Press, the First Amendment Coalition, the Californ. on April 11, 2014 is filed.

     Within 7 days of this order, amicus curiae - pending is ordered to file 20 copies of the brief in paper format, with a green cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical

to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939. For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Rebecca Lopez
Deputy Clerk