Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** For readability and security, print the filled-in form to PDF (File > Print > *PDF Printer/Creator*). You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number(s): 12-57302

Case Name: Cindy Garcia v. Google, Inc., et al.

The Clerk will enter my appearance as counsel on behalf of: Adobe Systems Inc.; Automattic Inc.; eBay Inc.; Facebook Inc.; Gawker Media, LLC; IAC/InterActiveCorp; Kickstarter, Inc.; Pinterest Inc.; Tumblr Inc.; Twitter, Inc.; Yahoo!, Inc.

☐ Appellant ☐ Petitioner ☒ Amicus Curiae ☐ Appellant/Cross-Appellee
☐ Appellee ☐ Respondent ☐ Intervenor ☐ Appellee/Cross-Appellant

☐ Re-Assignment (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm).

I am replacing (name of counsel):

Name: Andrew P. Bridges

Firm/Office: Fenwick & West LLP

Address: 555 California Street, 12th Floor

City: San Francisco  State: CA  Zip Code: 94104

Phone Number (including area code): (415) 875-2300

Signature (use "s/" format): s/ Andrew P. Bridges  Date: 4/16/14

9th Circuit Case Number(s) | 12-57302

**NOTE:** For readability and security, print the filled-in form to PDF (File > Print > *PDF Printer/Creator*). You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

*********************************************************************************

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) Apr 16, 2014 .

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) | s/ Andrew P. Bridges

*********************************************************************************

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) .

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format)