
**Davis Wright Tremaine LLP**

Suite 2400
865 South Figueroa Street
Los Angeles, CA 90017-2566

Kelli L. Sager
213.633.6821 tel
213.633.6899 fax

kellisager@dwt.com

April 16, 2014

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

APR 18 2014

FILED_____
DOCKETED_____
DATE        INITIAL

Ms. Molly Dwyer
Clerk of the Court
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103

Re: <u>Cindy Lee Garcia v. Google, Inc. et al.</u>
Case No. 12-57302

Dear Ms. Dwyer:

Please be advised that the list of amicus curiae news organizations ("Media Amici") we represent in the above-referenced matter has changed. Please update Docket entries 81, 83, and 111 to remove The New York Times Company and California Broadcasters Association, and to add Advance Publications, Inc. and The Digital Media Law Project as Media Amici. Below is a current list of Media Amici, on whose behalf the amicus brief in Docket entries 81, 83, and 111 was filed:

Los Angeles Times Communications LLC, The E.W. Scripps Company, The Washington Post, Advance Publications, Inc., the California Newspaper Publishers Association, the Reporters Committee for Freedom of the Press, the First Amendment Coalition, National Public Radio, Inc., and The Digital Media Law Project

Thank you for your assistance in this matter.

Respectfully submitted,

*Kelli L. Sager* /DL

Kelli L. Sager
DAVIS WRIGHT TREMAINE LLP
Attorneys for Amici Curiae

DWT 24008512v1 0026175-000004

Anchorage | New York | Seattle
Bellevue | Portland | Shanghai
Los Angeles | San Francisco | Washington, D.C.

www.dwt.com