**FILED**

**NOT FOR PUBLICATION**

JUL 03 2014

**UNITED STATES COURT OF APPEALS**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **CINDY LEE GARCIA,** <br><br> Plaintiff - Appellant, <br><br> v. <br><br> **GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company,** <br><br> Defendants - Appellees, <br><br> and <br><br> **NAKOULA BASSELEY NAKOULA, an individual, AKA Sam Bacile; MARK BASSELEY YOUSSEF; ABANOB BASSELEY NAKOULA; MATTHEW NEKOLA; AHMED HAMDY; AMAL NADA; DANIEL K. CARESMAN; KRITBAG DIFRAT; SOBHI BUSHRA; ROBERT BACILY; NICOLA BACILY; THOMAS J. TANAS; ERWIN SALAMEH; YOUSSEFF M. BASSELEY; MALID AHLAWI,** <br><br> Defendants. | No. 12-57302 <br><br> D.C. No. 2:12-cv-08315-MWF-VBK <br><br> **ORDER** |

Before: **KOZINSKI**, Chief Judge, **GOULD** and **N.R. SMITH**, Circuit Judges.

page 2

Appellant's motion to take judicial notice, filed April 3, 2014, is denied.