**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

NOV 12 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| **CINDY LEE GARCIA**, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> **GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company**, <br><br> Defendants - Appellees, <br><br> and <br><br> **NAKOULA BASSELEY NAKOULA, an individual, AKA Sam Bacile; MARK BASSELEY YOUSSEF; ABANOB BASSELEY NAKOULA; MATTHEW NEKOLA; AHMED HAMDY; AMAL NADA; DANIEL K. CARESMAN; KRITBAG DIFRAT; SOBHI BUSHRA; ROBERT BACILY; NICOLA BACILY; THOMAS J. TANAS; ERWIN SALAMEH; YOUSSEFF M. BASSELEY; MALID AHLAWI**, <br><br> Defendants. | No. 12-57302 <br><br> D.C. No. 2:12-cv-08315-MWF-VBK <br><br> **ORDER** |

Page 2

**THOMAS**, Circuit Judge:

Any amicus curiae brief supporting the position of the petitioning party or not supporting either party must be served, along with any necessary motion, on or before November 25, 2014. Any amicus curiae brief supporting the position of the responding party must be served, along with any necessary motion, on or before December 5, 2014. *See* 9th Cir. R. 29-2(e)(2).