**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

NOV 13 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| **CINDY LEE GARCIA**,<br><br>　　　　　Plaintiff - Appellant,<br><br>　v.<br><br>**GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company**,<br><br>　　　　　Defendants - Appellees,<br><br>　and<br><br>**NAKOULA BASSELEY NAKOULA, an individual, AKA Sam Bacile; MARK BASSELEY YOUSSEF; ABANOB BASSELEY NAKOULA; MATTHEW NEKOLA; AHMED HAMDY; AMAL NADA; DANIEL K. CARESMAN; KRITBAG DIFRAT; SOBHI BUSHRA; ROBERT BACILY; NICOLA BACILY; THOMAS J. TANAS; ERWIN SALAMEH; YOUSSEFF M. BASSELEY; MALID AHLAWI**,<br><br>　　　　　Defendants. | No. 12-57302<br><br>D.C. No. 2:12-cv-08315-MWF-VBK<br><br>**ORDER** |

Page 2

**THOMAS**, Circuit Judge:

Oral argument in this en banc case will be held at 3:30 p.m. on Monday, December 15, 2014, in Courtroom 3 of the Richard H. Chambers Courthouse, located at 125 South Grand Avenue in Pasadena, California 91105.

http://www.ca9.uscourts.gov/information/locations.php