UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 25 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CINDY LEE GARCIA,

              Plaintiff - Appellant,

  v.

GOOGLE, INC., a Delaware
Corporation; YOUTUBE, LLC, a
California limited liability company,

              Defendants - Appellees,

  and

NAKOULA BASSELEY NAKOULA,
an individual, AKA Sam Bacile; et al.,

              Defendants.

No. 12-57302

D.C. No. 2:12-cv-08315-MWF-VBK
U.S. District Court for Central
California, Los Angeles

**ORDER**

      The amicus brief submitted by Public Citizen on November 25, 2014 is

filed.

      Within 7 days of this order, amicus curiae is ordered to file 25 copies of the

brief in paper format, with a green cover, accompanied by certification (attached to

the end of each copy of the brief) that the brief is identical to the version submitted

electronically. A sample certificate is available on the Court's website,

www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939. For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Wayne Price
Deputy Clerk