Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

## NOTICE OF APPEARANCE OF COUNSEL or
## RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator).*
You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number(s) | 12-57302

Case Name: | Cindy Garcia | v. | Google, Inc., et al.

The Clerk will enter my appearance as counsel on behalf of: | California Broadcasters Association

☐ Appellant   ☐ Petitioner   ☒ Amicus Curiae   ☐ Appellant/Cross-Appellee

☐ Appellee   ☐ Respondent   ☐ Intervenor   ☐ Appellee/Cross-Appellant

☐ Check if you are lead counsel.
   Lead counsel must be designated if a party is represented by more than one attorney or law firm.

If this case has been re-assigned to you from another attorney in your office *(i.e., the Federal Public Defenders Office, OIL, or a law firm)*, indicate who you are replacing. Provide the name of counsel only if the attorney is no longer on the case.

I am replacing *(name of counsel)*: | Allison S. Brehm

Name | Ken D. Kronstadt

Firm/Office | Kelley Drye & Warren LLP

Address | 10100 Santa Monica Boulevard, 23rd Floor

City | Los Angeles | State | CA | Zip Code | 90067

Phone Number *(including area code)* | (310) 712-6100

Signature *(use "s/" format)* | /s/ Ken D. Kronstadt | Date | February 12, 2015

9th Circuit Case Number(s) | 12-57302

**NOTE:** For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator)*.
You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

*******************************************************************************

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the
United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system

on *(date)* | February 12, 2015 | .

I certify that all participants in the case are registered CM/ECF users and that service will be
accomplished by the appellate CM/ECF system.

Signature *(use "s/" format)* | /s/ Ken D. Kronstadt

*******************************************************************************

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the
United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system

on *(date)* |           | .

Participants in the case who are registered CM/ECF users will be served by the appellate
CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I
have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it
to a third party commercial carrier for delivery within 3 calendar days to the following
non-CM/ECF participants:

Signature *(use "s/" format)* |