UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 10 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CINDY LEE GARCIA, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company, <br><br> Defendants - Appellees, <br><br> and <br><br> NAKOULA BASSELEY NAKOULA, an individual, AKA Sam Bacile; et al., <br><br> Defendants. | No. 12-57302 <br><br> D.C. No. 2:12-cv-08315-MWF-VBK <br> U.S. District Court for Central California, Los Angeles <br><br> **MANDATE** |

The judgment of this Court, entered May 18, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Craig Westbrooke
Deputy Clerk